

FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0118

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0118

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TERENCE R. PASSMORE,

Defendant and Appellant.

FILED

MAY 20 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a motion for a 90-day extension of time to file his opening brief in the referenced matter. Good cause appearing.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until August 15, 2020, within which to file his opening brief.

DATED this 20 day of May, 2020.

For the Court,

By _____
Chief Justice